IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK WAY | : CRIMINAL ACTION NO. 94-488-1 |
| | : CIVIL ACTION No. 10-3457 |
| v. | : |
| | : |
| UNITED STATES OF AMERICA | : |

### **ORDER**

AND NOW, this 2nd day of September, 2010, upon consideration of Respondents' motion for an extension of time or in the alternative, to stay this matter (Doc. No. 20), IT IS HEREBY ORDERED that Respondents' motion to stay is GRANTED. Respondents shall file a response no later than thirty days after the United States Supreme Court issues its final decision in United States v. Abbott, 574 F.3d 203 (3d Cir. 2009) cert. granted, 130 S. Ct. 1284 (Jan 25, 2010) (No. 09-479).

_____
LOWELL A. REED, JR., S.J.