IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK WAY : CRIMINAL ACTION NO. 94-488-1
: CIVIL ACTION No. 10-2620
v. :
:
UNITED STATES OF AMERICA :

## **O R D E R**

AND NOW, this 30th day of November, 2010, upon consideration of Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (Doc. No. 258), and Respondents' response thereto (Doc. No. 265), **IT IS HEREBY ORDERED** that Petitioner's motion is **DENIED WITH PREJUDICE AND WITHOUT A HEARING**.

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

LOWELL A. REED, JR., S.J.